FILED
CLERK, U.S. DISTRICT COURT
APR 15 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RIVERA,<br><br>        Petitioner,<br><br>      v.<br><br>DERRAL G. ADAMS, Warden,<br><br>        Respondent. | NO. CV 05-3012 CBM (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 4/15, 2008.

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE